# TERRENCE LEON HOLMES

## ATTORNEY AT LAW

455 Milam Street
Beaumont, Texas 77701-4914
(409) 832-6041

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/5/2015 5:12:49 PM
CHRISTOPHER A. PRINE
Clerk

June 8th, 2015

**CERTIFIED MAIL:**          70101870000208013424
TDCJ# 01967053
EARL WILMORE
Gist Unit
3295 FM 3514
Beaumont, TX 77705

      **RE:**   **EARL WILMORE vs THE STATE OF TEXAS**

           **APPEAL NO:**     **01-15-00027-CR**
           **TRIAL CT. NO:**    **13-17241**

Dear EARL WILMORE,

Enclosed please find a copy of the clerk's record and reporter's record in the above-mentioned matter.

Thank you for your time and attention in this matter.

Sincerely,

*/s/Terrence Leon Holmes*
Terrence Leon Holmes
Attorney at Law

TLH/mbj

Enclosure

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Earl Wilmore
TDCJ # 1967053
Gist State Jail
3295 FM 3514
Beaumont, TX 77705

2. Article Number
(Transfer from service label)   7010 1870 0002 0801 3424

PS Form 3811, February 2004          Domestic Return Receipt

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☐ Agent
                    ☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
N. GREGORY
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

ALERT: Check here for Hurricane Joaquin-related USPS service disruptions. Read more ›



# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: **70101870000208013424**

Expected Delivery Day: **Monday, June 15, 2015**

## Product & Tracking Information                                    Available Actions

| **Postal Product:** | **Features:** | |
|---|---|---|
| First-Class Mail® | Certified Mail™ | Return Receipt |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 15, 2015 , 6:46 am** | **Departed USPS Facility** | **BEAUMONT, TX 77707** |

Your item departed our USPS facility in BEAUMONT, TX 77707 on June 15, 2015 at 6:46 am. The item is currently in transit to the destination.

| | | |
|---|---|---|
| June 14, 2015 , 11:08 pm | Arrived at USPS Origin Facility | BEAUMONT, TX 77707 |
| June 12, 2015 , 10:17 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| June 12, 2015 , 6:20 pm | Departed Post Office | BEAUMONT, TX 77706 |
| June 12, 2015 , 4:38 pm | Acceptance | BEAUMONT, TX 77706 |

## Track Another Package

**Tracking (or receipt) number**

_____          Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



**Sign up for My USPS ›**